IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
SSS-SDTX
FILED

DEC - 2 2019   2A

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CR. NO.: L-19-01847 |
| MONICA CHRISTINA CANALES-RODRIGUEZ | § | |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA
AND FED. R. CRIM. PROC. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I, MONICA CHRISTINA CANALES-RODRIGUEZ, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this **2nd** day of **December** 2019.

_Monica C Canales Rodriguez_
DEFENDANT

_Raul Guerra_
RAUL GUERRA
ATTORNEY FOR DEFENDANT

_[signature]_
ASSISTANT UNITED STATES ATTORNEY